```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Velasquez,

                          Plaintiff,

      -against-

Barrio Chino, LLC et al.,

                          Defendants.

1:21-cv-07211 (PAE) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties (or, if no defendants have appeared, only the plaintiff) shall appear for a Telephone Conference on Wednesday, November 3, 2021 at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:     New York, New York
               October 25, 2021

                                                                             _____
                                                                             STEWART D. AARON
                                                                             United States Magistrate Judge