UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Velasquez,

                    Plaintiff,

      -against-

Barrio Chino, LLC et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021

1:21-cv-07211 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference, during which only Plaintiff and defendant Limchi Sang appeared, it is hereby Ordered that, if defendant Barrio Chino, LLC has not appeared by November 17, 2021, Plaintiff shall, no later than November 24, 2021, seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

DATED:      New York, New York
                  November 3, 2021

                                                               */s/ Stewart D. Aaron*
                                                               STEWART D. AARON
                                                                United States Magistrate Judge